Amanda D. Galvan
Jenny K. Harbine
Earthjustice
313 East Main Street
P.O. Box 4743
Bozeman, MT 59772-4743
(406) 586-9699 | Phone
(406) 586-9695 | Fax
agalvan@earthjustice.org
jharbine@earthjustice.org

Attorneys for Plaintiffs/Appellees/Cross-Appellant

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Case No. DA 23-0225

| | |
|---|---|
| MONTANA ENVIRONMENTAL INFORMATION CENTER and SIERRA CLUB, <br><br>      Plaintiffs/Appellees/Cross-Appellants, <br><br> v. <br><br> MONTANA DEPARTMENT OF ENVIRONMENTAL QUALITY, and NORTHWESTERN ENERGY, INC., <br><br>      Defendants/Appellants/Cross-Appellees, <br><br> STATE OF MONTANA, by and through the OFFICE OF THE ATTORNEY GENERAL, <br><br>      Intervenor-Defendant. | [PROPOSED] ORDER FOR 30-DAY EXTENSION OF TIME |

Based upon the unopposed motion pursuant to M.R.App.P. 26(1) and good cause appearing;

IT IS HEREBY ORDERED that Appellees/Cross-Appellants Montana Environmental Information Center and Sierra Club shall have up to and including Monday, September 11 to file their combined opening and answer brief.

DATED this _____ day of July, 2023.

_____

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 21 2023